667 A.2d 1042

IN THE MATTER OF ROWLAND V. LUCID, JR., AN ATTORNEY AT LAW.

December 1, 1995.

## ORDER

The Disciplinary Review Board having on October 31, 1995, filed with the Court its decision concluding that **ROWLAND V. LUCID, JR.,** of **MORRISTOWN,** who was admitted to the bar of this State in 1968, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate) and *RPC* 1.5(b) (failure to have written fee agreement), and good cause appearing;

It is ORDERED that **ROWLAND V. LUCID, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.